UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21638-CIV-GOLD/McALILEY

THELMA CROWLEY,

    Plaintiff,

vs.

CARNIVAL CORPORATION, CARNIVAL
CRUISE LINES, and CARNIVAL CRUISE
LINES, INC.,

    Defendants.
_____/

ORDER DISMISSING WITHOUT PREJUDICE DEFENDANTS
CARNIVAL CRUISE LINES AND CARNIVAL CRUISE LINES, INC.

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice [DE 8], in which it dismisses Carnival Cruise Lines and Carnival Cruise Lines, Inc. as Defendants in this action. Having reviewed the Notice, and being otherwise duly advised, it is hereby

ORDERED and ADJUDGED:

1. Plaintiff's action shall be dismissed without prejudice as to all claims against Defendants Carnival Cruise Lines and Carnival Cruise Lines, Inc.

2. Plaintiff's claims against Defendant Carnival Corporation remain viable at this time.

3. The Clerk of Court is instructed to TERMINATE Defendants Carnival Cruise Lines and Carnival Cruise Lines, Inc. from this action.

DONE and ORDERED in chambers this 11th day of July, 2008.

_____
HONORABLE ALAN S. GOLD
U.S. DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
Counsel of record